UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JASON JERICHO COOK, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:14-CV-01695-CEJ |
| | ) |
| GEORGE LOMBARDI, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for appointment of counsel. The motion will be denied.

There is no constitutional or statutory right to appointed counsel in civil cases. <u>Nelson v. Redfield Lithograph Printing</u>, 728 F.2d 1003, 1004 (8th Cir. 1984). In determining whether to appoint counsel, the Court considers several factors, including (1) whether the plaintiff has presented non-frivolous allegations supporting his or her prayer for relief; (2) whether the plaintiff will substantially benefit from the appointment of counsel; (3) whether there is a need to further investigate and present the facts related to the plaintiff's allegations; and (4) whether the factual and legal issues presented by the action are complex. See <u>Johnson v. Williams</u>, 788 F.2d 1319, 1322-23 (8th Cir. 1986); <u>Nelson</u>, 728 F.2d at 1005.

Plaintiff alleges that defendants used excessive force in restraining him and that such force was in violation of his Eighth and Fourteenth Amendment rights. Plaintiff has submitted the affidavits of several prisoners who allegedly saw the incident. After considering the factors discussed above, plaintiff's legal theory, and plaintiff's filings to date, the Court finds that the facts and legal issues involved are not so complicated that the appointment of counsel is warranted at this time

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel is **DENIED** without prejudice.

Dated this 24th day of October, 2014.

                                        CAROL E. JACKSON
                                        UNITED STATES DISTRICT JUDGE